

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR-12-1027

CHARLES L. STUTTE

APPELLANT

V.

STATE OF ARKANSAS

APPELLEE

Opinion Delivered SEPTEMBER 18, 2013

APPEAL FROM THE WASHINGTON COUNTY CIRCUIT COURT
[NO. CR-12-765-1]

HONORABLE WILLIAM A. STOREY, JUDGE

SUPPLEMENTAL ADDENDUM ORDERED

## KENNETH S. HIXSON, Judge

Appellant Charles Stutte was convicted of driving while intoxicated, first offense, and resisting arrest following a bench trial in Washington County Circuit Court. Appellant argues on appeal that both convictions should be reversed because the charges resulted from an illegal stop and because there is insufficient evidence to support either conviction. We cannot address the merits at this time because appellant failed to comply with the Arkansas Supreme Court's rules governing the contents of the abstract and addendum. Specifically, appellant must submit a supplemental addendum that includes the dash-board video recording of the pursuit and stop by the officer.

An appellant must include in the addendum those exhibits that are essential for our court to understand the case, including computer disks and DVDs, if applicable. Ark. Sup. Ct. R. 4–2(a)(8)(A)(i). Here, the video recording of the officer's pursuit and stop of appellant

was made part of the record and was essential in the trial court's consideration of his argument regarding an alleged illegal stop. In our de novo review of suppression issues, we necessarily would need to review the entirety of the evidence before the trial court, which would include the DVD of this recording. We will permit appellant seven calendar days to supplement his addendum to provide the video exhibit to the members of our court. Ark. Sup. Ct. R. 4-2(b)(4) (2012); *see also Powell v. State*, 2013 Ark. App. 149; *Lewis v. State*, 2012 Ark. App. 540.

Supplemental addendum ordered.

GRUBER and WOOD, JJ., agree.

*Taylor Law Partners, LLP*, by: *William B. Putman*, for appellants.

*Dustin McDaniel*, Att'y Gen., by: *Laura Shue*, Ass't Att'y Gen., for appellee.